DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRIUS ROSHON DUNLAP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3385

_____

February 2, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Jean-Jacques A. Darius,
Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-
Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.